**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-2008**

JOHN DOE,

     Plaintiff - Appellant,

  v.

UNITED STATES OF AMERICA,

     Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Sherri A. Lydon, District Judge.  (3:20-cv-03197-SAL)

Submitted:  March 24, 2022       Decided:  March 28, 2022

Before MOTZ, WYNN, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Doe, Appellant Pro Se.  Christie Valerie Newman, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Doe appeals the district court's order granting summary judgment in favor of the United States on Doe's medical malpractice and negligence claims under the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671-80. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order for the reasons stated by the district court. *See Doe v. United States*, No. 3:20-cv-03197-SAL (D.S.C. July 15, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*